# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE THE MATTER OF:     *
                                 *     CHAPTER 13
Larena Hollis                *     CASE NO.09-14081
                                 *
     Debtor.               *

## SUMMARY OF AMENDMENT

**COMES NOW**, the Debtor, in the above referenced bankruptcy and hereby, submits this amendment to his Chapter 13 Bankruptcy plan. This amendment makes the following changes:

**1. PLAN.** Debtor amends the plan to increase value of the 2007 Ford Fusion to $15,939.19 with 4.75% and to adjust monthly payments.

                                             /s/ Richard D. Shinabum
                                             Richard D. Shinbaum
                                             Attorney for the Debtor
                                             SHINBAUM, MCLEOD & CAMPBELL, P.C.
                                             Post Office Box 201
                                             Montgomery, Alabama 36101
                                             (334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing on the following upon all creditors listed on the attached matrix, and the Honorable John C. McAleer, III, Chapter 13 Trustee, P.O. Box 1884, Mobile, AL 36633, on this 14th day of October, 2009.

Citifinancial Auto
Paul J. Spina, III, Esq.
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Dr., Ste. 450
Birmingham, AL 35242

                                             /s/ Richard D. Shinabum
                                             Richard D. Shinbaum