UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In the Matter of: )
) Bankruptcy Case No.
LaRena Shanta Hollis ) 09-14081-MAM
SSN: xxx-xx6115 )
) Chapter 13
Debtor(s). )

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

COMES NOW, CitiFinancial Auto Credit, Inc., (herein after "CitiFinancial") and withdraws its Objection to Confirmation filed September 28, 2009, based on the debtor amending her chapter 13 plan to pay CitiFinancial's claim filed in the amount of $15,939.19 in full at 4.75% interest rate, as to One (1) 2007 Mitsubishi Galant, Vin No. 4A3AB36F17E041792 with a specified monthly payment of $332.35 per month..

_/s/ Paul K. Lavelle_
Paul K. Lavelle          (LAV007)
Attorney for CitiFinancial Auto Credit, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Withdrawal upon the following by placing a copy of the same by U.S. Mail, postage prepaid, and via ECF e-mail on this **20th** day of **October, 2009.**

_/s/_
OF COUNSEL

Richard Shinbaum
Attorney at Law
P.O. Box 201
Montgomery, AL 36101

John C. McAleer
Chapter 13 Trustee
Post Office Box 1884
Mobile, AL 36633-1884